# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### *Southern Division*

| | |
|---|---|
| **DENISE VENERO, *ET AL.*,** * | |
| Plaintiffs, * | |
| v. * | Case No.: GJH-22-1805 |
| * | |
| **PRINCE GEORGE'S COUNTY MARYLAND, *ET AL.*,** | |
| * | |
| Defendants. * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in court, it is ordered by the United States District Court for the District of Maryland that:

1. Plaintiff's Second Motion for Temporary Restraining Order, ECF No. 10, is **DENIED**;

2. The parties **SHALL** submit briefing in accordance with the schedule set by the Court during the August 8, 2022 hearing:

   a. Defendants' Opposition to the Motion for Preliminary Injunction and Defendants' Motion to Dismiss are due by August 19, 2022;

   b. Plaintiffs' Reply in support of Plaintiffs' Motion for Preliminary Injunction is due by August 26, 2022; and

3. An in-person Preliminary Injunction Hearing **SHALL** be held on August 30, 2022 at 2pm.

Dated: <u>August 12, 2022</u>                    /s/_____
                                                                                        GEORGE J. HAZEL
                                                                                        United States District Judge