# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| DENISE VENERO, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 22-cv-01805-LKG |
| | ) | |
| v. | ) | Dated:  May 11, 2023 |
| | ) | |
| PRINCE GEORGE'S COUNTY MARYLAND, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

The parties shall participate in a telephonic status conference on **Wednesday, June 7, 2023, at 10:30 a.m. Eastern Time**.

The telephonic status conference will be held *via* AT&T Teleconferencing.  The Court will provide the parties *via* email with a call-in number, an access code, and a security code. Participating on the call will be counsel of record for each party.

For Plaintiffs:       **Richard Bruce Rosenthal**
545 E Jericho Turnpike
Huntington Station, NY 11746
631-629-8111
Email: richard@thedoglawyer.com

**Rebekah Damen Lusk**
Lusk Law, LLC
113 East Church Street
Frederick, MD 21701
443-535-9715
Email: rlusk@lusk-law.com

For Defendants:   **Elizabeth Lynn Adams**
Prince George's County
Office of General Counsel
1794 Sharwood Place
Crofton, MD 21114
443-306-7505
Email: eladams@co.pg.md.us

**IT IS SO ORDERED.**


s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge